### NETTIE TAYLOR, ADMINISTRATRIX, v. COLE MANUFACTURING COMPANY.

(Filed 11 October, 1916.)

APPEAL from *Allen, J.*, at February Term, 1916, of SAMPSON, in an action to recover damages for wrongful death.

There was a verdict and judgment in favor of the plaintiff, and the defendant excepted and appealed.

*Butler & Herring for plaintiff.*
*Grady & Graham for defendant.*

·PER CURIAM. We have carefully examined the exceptions contained in the. record, and find no sufficient reason for disturbing the verdict and judgment.·
No error.